**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FATIMA JEWETT**,<br>*Plaintiff*,<br>v.<br>**ALAN GARLIC**, *et al.*,<br>*Defendants.* | **Case No. 2:26-cv-02150-JDW** |

**ORDER**

**AND NOW**, this 21st day of October, 2026, upon review of the docket in the above-captioned matter, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. It is further ordered that Defendants Alan Garlic, Arthur Garlic, and Lambent Logistics, LLC's Motion To Dismiss (ECF No. 13) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.